UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Epha Fason,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
_____/

Case No. 16-11070

Honorable Nancy G. Edmunds

**OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 17, 2017 REPORT AND RECOMMENDATION [23], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [20, 22], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [21], AFFIRMING THE DECISION OF THE COMMISSIONER AND DISMISSING THE CASE**

Before the Court is the magistrate judge's March 17, 2017 report and recommendation on the parties' motions for summary judgment. (Docket 20, 21, 22). The magistrate judge recommended that the Court deny Plaintiff's motion for summary judgment (dkt. 20, 22) and grant Defendant's motion for summary judgment (dkt. 21). Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the magistrate judge's recommendation.

Being fully advised in the premises, having read the pleadings and for the reasons set forth above, the Court ACCEPTS and ADOPTS the magistrate judge's report and recommendation and therefore DENIES Plaintiff's motion for summary judgment, GRANTS

Defendant's motion for summary judgment, AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. 405(g) and DISMISSES Plaintiff's complaint with prejudice (dkt. 1).

    So ordered.

                      s/Nancy G. Edmunds
                      Nancy G. Edmunds
                      United States District Judge

Dated:  April 6, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record and Plaintiff Epha Fason on April 6, 2017, by electronic and/or ordinary mail.

                      s/Carol J. Bethel
                      Case Manager